**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Lakesha R. Steward,** | Bankruptcy No. 22-14986 |
| Debtor. | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

**Please take notice** that, on **Monday, April 10, 2023, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable A. Benjamin Goldgar, United States Bankruptcy Judge for the Northern District of Illinois, or any judge sitting in his place and stead, either in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and shall then and there present the **Trustee's Motion to Extend Time to File Complaints Under Section 727,** a copy of which is hereby served upon you.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

{00229301 2}

Dated: April 3, 2023  **Deborah K. Ebner**, not individually but as the chapter 7 trustee of the bankruptcy estate of Lakesha R. Steward

By: <u>*/s/ Ariane Holtschlag*</u>
One of Her Attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com

# CERTIFICATE OF SERVICE

    I, Ariane Holtschlag, an attorney, hereby certify that on April 3, 2023 pursuant to Section II.B.4 of the Administrative Procedure for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address or by first class mail where indicated by the presence of a postal address.

                                                    */s/ Ariane Holtschlag*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| **Paul M Bauch** | pbauch@bmlawllc.com, smohan@bmlawllc.com; 5242@notices.nextchapterbk.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com, bsass@wfactorlaw.com; aholtschlag@ecf.courtdrive.com; holtschlagar43923@notify.bestcase.com |
| **Deborah Kanner Ebner** | dkebner@debnertrustee.com, dke@trustesolutions.net; IL53@ecfcbis.com; webmaster@debnertrustee.com; lizd@deborahebnerlaw.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Carolina Y. Sales** | csales@bmlawllc.com, smohan@bmlawllc.com; 5241@notices.nextchapterbk.com |
| **Gregory K Stern** | greg@gregstern.com; monica@gregstern.com |

**Non-Registrants**
(Service via U.S. Mail)

> **Lakesha R. Steward**
> 3072 Saint Ives Lane
> Richton Park, IL 60471

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Lakesha R. Steward,** | Bankruptcy No. 22-14986 |
| Debtor. | Hon. A. Benjamin Goldgar |

## MOTION TO EXTEND TIME TO FILE COMPLAINTS UNDER SECTION 727

Deborah K. Ebner, not individually but as the chapter 7 trustee (the "*Trustee*") of the bankruptcy estate of Lakesha R. Steward (the "*Debtor*") respectfully requests an order from this Court extending the deadline for filing complaints to seek denial of the Debtor's discharge through and including July 3, 2023. In support of this motion the Trustee states as follows:

### JURISDICTION

1.   The Court has jurisdiction over this motion pursuant to, among other things, 28 U.S.C. § 1334. The consideration of this motion is a core matter under 28 U.S.C. § 157.

### BACKGROUND

2.   On December 29, 2022 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under Chapter 7 of title 11, United States Code (11 U.S.C. §§ 101, et seq. (the "*Bankruptcy Code*")), in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division commencing the above referenced case (the "*Case*").

3.   Deborah K. Ebner was appointed as the interim trustee in the Case pursuant 11 U.S.C. § 701 and now serves as the permanent trustee in the Case. The Trustee is duly qualified and has all the powers of a trustee under, among other provisions, 11 U.S.C. § 704.

4. The Debtor's initial meeting of creditors took place on February 1, 2023, and has been continued a few times, most recently to April 25, 2023.

5. This request is timely. The last day for the Trustee to object is currently April 3, 2023.

6. Therefore, the Trustee requests an extension of the deadline for filing a complaint objecting to the discharge of the Debtor (i.e. the 727 deadline) through and including July 3, 2023.

**WHEREFORE**, the Trustee requests that the last date to file complaints under Section 727 be extended through and including July 3, 2023, and for such other and further relief as this honorable Court deems necessary.

Dated: April 3, 2023

**Deborah K. Ebner**, not individually but as the chapter 7 trustee of the bankruptcy estate of Lakesha R. Steward

By: */s/ Ariane Holtschlag*
One of Her Attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com