UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 22-14986
LAKESHA STEWARD, )
) Chapter: 7
) Honorable A. Benjamin Goldgar
Debtor(s) )

## ORDER GRANTING MOTION TO EXTEND DEADLINES TO OBJECT TO DISCHARGE AND DISCHARGEABILITY

This matter coming before the court on the motion of Tsujiorka C. Walker to extend the deadlines to object to discharge and dischargeability, due notice having been given, and the court being fully advised, it is HEREBY ORDERED:

The motion is granted. The deadlines to object to discharge and dischargeability are extended to July 3, 2023.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: April 10, 2023

**Prepared by:**

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Office: (312) 588-5000
pbauch@bmlawllc.com
csales@bmlawllc.com