UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Lakesha R. Steward,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 22-14986<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar |

### ORDER GRANTING MOTION TO SELL PROPERTY

This matter coming before the court on the motion of trustee Deborah K. Ebner to sell property, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The trustee may sell the estate's interest in any and all actions, claims, and demands, to the greatest extent allowed by law, against the Debtor, United Equitable Insurance Company, United Equitable Group, Ltd., or any of their agents or agencies, relating to the motor vehicle collision that occurred on May 23, 2015, and any related litigation, including the insurance bad faith cause of action, on the terms described in the agreement attached to the motion.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 03, 2024

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com