UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Lakesha R. Steward<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   22-14986<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar |

## ORDER GRANTING MOTION TO ALTER OR AMEND ORDER DATED JUNE 3, 2024

THIS CASE COMING ON TO BE HEARD on Debtor's Motion to Alter Order Granting Motion to Sell Entered June 3, 2024, due notice having been served, and the court being fully advised, the parties stating on the record that they have agreed on this order's entry, IT IS HEREBY ORDERED:

The motion is granted.  The order dated June 3, 2024, is amended to state:

"The motion is granted. The trustee may sell the estate's interest in any and all actions, claims, and demands, to the greatest extent allowed by law, against United Equitable Insurance Company, United Equitable Group, Ltd., or any of their agents or agencies, relating to the motor vehicle collision that occurred on May 23, 2015, and any related litigation, including the insurance bad faith cause of action, on the terms described in the agreement attached to the motion."

Paragraph 3c of the agreement attached to the motion is amended to state:

"In exchange, the Trustee assigns to Walker all of the Estate's interest in any and all actions, claims, and demands, to the greatest extent allowed by law, against United Equitable Insurance Company, United Equitable Group, Ltd., or any of their agents or agencies, relating to the motor vehicle collision that occurred on May 23, 2015, and any related litigation, including the insurance bad faith cause of action."

Enter:  *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 17, 2024

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558